```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 17093
   JAMES T GOETZ
                                            CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-2974


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/19/07 and confirmed on 02/01/08.

   2.  The case was converted to Chapter 7 after confirmation, 08/27/2008.

   3.  The Debtor paid a total of $   6751.88 .

   4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
REO PROPERTIES CORP      CURRENT MORTG         .00           .00           .00
REO PROPERTIES CORP      MORTGAGE ARRE         .00           .00           .00
ELIZABETH KETTLEY        CHILD SUPPORT   NOT FILED           .00           .00
A TEC AMBULANCE          UNSECURED       NOT FILED           .00           .00
AMERICAN GENERAL FINANCE UNSECURED       NOT FILED           .00           .00
CANCER TREATMENT CENTERS UNSECURED       NOT FILED           .00           .00
COMED                    UNSECURED          741.14           .00           .00
CREDIT ONE BANK          UNSECURED       NOT FILED           .00           .00
ENH MEDICAL GROUP        UNSECURED       NOT FILED           .00           .00
ENH RADIOLOGY            UNSECURED       NOT FILED           .00           .00
EVANSTON NORTHWESTERN HE UNSECURED       NOT FILED           .00           .00
FELD & KORRUB LLC        UNSECURED         1755.98           .00           .00
JEFFERSON CAPITAL SYSTEM UNSECURED          551.95           .00           .00
PREMIER BANKCARD/CHARTER UNSECURED          221.58           .00           .00
MIDLAND CREDIT MGMT      UNSECURED          358.06           .00           .00
FNB MARIN                UNSECURED       NOT FILED           .00           .00
HAROLD M SAALFELD        UNSECURED       NOT FILED           .00           .00
LEGACY VISA              UNSECURED       NOT FILED           .00           .00
MERRICK BANK             UNSECURED       NOT FILED           .00           .00
MIDWESTERN RECIONAL MEDI UNSECURED          437.90           .00           .00
--------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
PATIENT FIRST            UNSECURED          544.00           .00           .00
PEOPLES GAS              UNSECURED          719.99           .00           .00
TARGET                   UNSECURED       NOT FILED           .00           .00
VISTA MEDICAL CENTER EAS UNSECURED          269.91           .00           .00
VICTORY MEMORIAL HOSPITA UNSECURED       NOT FILED           .00           .00
IL DEPT OF HEALTHCARE &  CHILD SUPPORT    26537.72           .00          4009.74
         Summary of disbursements:
```

```
                           SECURED      PRIORITY    UNSECURED         OTHER         TOTAL
-------------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED             .00      26537.72      5600.51           .00      32138.23
PRINCIPAL PAID                 .00       4009.74          .00           .00       4009.74
INTEREST PAID                  .00           .00          .00           .00           .00
TOTAL PAID                     .00       4009.74          .00           .00       4009.74
```
The Debtor's attorney, HAROLD M SAALFELD                , was allowed $   3500.00
and was paid $    250.00   direct and $   2074.00   through the plan.

The Trustee received $    374.58 .

Refunds to the Debtor totaled $    293.56 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 11/13/08                  /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                                PAGE   2
         CASE NO. 07 B 17093 JAMES T GOETZ